**EXHIBIT C**

**UNITED STATES PATENT NO. 9,807,564**
**CLAIM CHART FOR INFRINGEMENT OF CLAIM 1 AND 23**

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

1

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| [1.1] A mobile device, comprising:<br><br>a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of the sensors, and wherein the sensor groups are arranged according to a hierarchy; | To the extent the preamble is limiting, Dealer (Defendant) uses, sells and offers for sale used Nissan vehicles that include or comprise a mobile device, comprising a plurality of sensors and a plurality of sensor groups, wherein each of the sensor groups is assigned at least one of the sensors, and wherein the sensor groups are arranged according to a hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant sells a 2025 Nissan Sentra SV CVT ("mobile device"). 2025 Nissan Sentra SV CVT comprises sensors including but not limited to camera, radar sensor, steering sensor, braking sensor, and speed sensor ("plurality of sensors") such that each sensor forms a part of separate sensor group for different functioning ("plurality of sensor groups"). As an example, the steering sensor, braking sensor and speed sensor are assigned to Group 1. The camera and radar are assigned to Group 2. 2025 Nissan Sentra SV CVT provides Nissan Safety Shield 360 (or Intelligent Cruise Control, Intelligent Blind Spot Intervention and Intelligent Lane Intervention) that comprises features including but not limited (Rear or Front) Automatic emergency braking, Automatic Emergency Braking with Pedestrian Detection, Intelligent Cruise Control, Intelligent Blind Spot Intervention and Intelligent Lane Intervention. The below information primarily refers to Nissan Safety Shield 360 (or Intelligent Cruise Control, Intelligent Blind Spot Intervention and Intelligent Lane Intervention) and is applicable to 2025 Nissan Sentra SV CVT. |

---

[1]While 2025 Nissan Sentra SV CVT Limited has been used as an exemplary infringing product, vehicles including but not limited 2025 Nissan Sentra SV CVT (White), 2025 Nissan Altima SV FWD, 2024 Nissan Pathfinder S 2WD, 2024 Nissan Altima 2.5 SV Sedan, 2022 Nissan Rogue AWD SV, 2021 Nissan Titan 4x4 Crew Cab S, 2021 Nissan Rogue AWD SV, 2020 Nissan Sentra S CVT, 2019 Nissan Murano FWD S, and versions of these products that have the same functionality. Named features for Nissan vehicles operate the same for all vehicle models that have the same features and thus the evidence below may be from different models but are equally applicable to the exemplary product and all accused products. The presently charted exemplary infringing product is representative for purposes of illustrating infringement of the other vehicles.

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | For example, **2025 Nissan Sentra SV CVT** performs the following steps to control movement of the vehicle.<br><br>1. The steering sensor, braking sensor and speed sensor are activated first to measure and control at least the moving vehicle's speed, braking and steering.<br>2. Once the vehicle is moving, the camera and radar are activated to monitor the objects (including but not limited to vehicles, roads, trees) surrounding **2025 Nissan Sentra SV CVT**.<br>3. If **2025 Nissan Sentra SV CVT** detects, using the camera and radar, that there are objects/vehicles near the **2025 Nissan Sentra SV CVT**, the speed sensor increases and/or decreases the speed of the vehicle to avoid collisions.<br>4. Further, the steering sensor steers the vehicle left and/or right to avoid any surrounding objects and to automatically change lanes and/or to keep the vehicle within the lane.<br><br>Therefore, Groups 1 and 2 are arranged according to a hierarchy since Group 1 comprising the steering sensor, braking sensor and speed sensor is activated first and Group 2 comprising the camera and radar is activated second.<br><br><br><br>2025 Nissan Sentra SV CVT |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  **Engine:** 2.0L I4 DOHC<br>**Transmission:** CVT<br>**Drive Train:** FWD<br>**Cylinders:** 4<br>**Mileage:** 15,474<br>**Color:** Black<br>**Interior:** Cloth<br>**Interior Color:** Charcoal<br>**Vin:** 3N1AB8CV2SY317388<br><br>**SAFETY**<br>• Side Impact Beams<br>• Rear Parking Sensors<br>• Blind Spot Warning (BSW) Blind Spot<br>• Intelligent Forward Collision Warning w/Automatic Emergency Braking (AEB)<br>• Rear Automatic Braking (RAB)<br><br>Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/24005097/Used-2025-Nissan-Sentra-SV-CVT-for-sale-in-Lake-Wales-FL-33853, last accessed on June 22, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2025/2025-nissan-sentra-brochure-en.pdf , Page 4 and 6 of 9, last accessed on June 05, 2026<br><br>Speedway Auto Sales also sells Nissan vehicles, such as 2025 Nissan Sentra SV CVT (White), 2025 Nissan Altima SV FWD, 2024 Nissan Pathfinder S 2WD, 2024 Nissan Altima 2.5 SV Sedan, 2022 Nissan Rogue AWD SV, 2021 Nissan Titan 4x4 Crew Cab S, 2021 Nissan Rogue AWD SV, 2020 Nissan Sentra S CVT, 2019 Nissan Murano FWD S, and versions of these products have same functionality. These models feature Safety Shield 360 (and Intelligent Cruise Control, Intelligent Blind Spot Intervention and Intelligent Lane Intervention) that comprises features including but not limited (Rear or Front) Automatic emergency braking, Automatic Emergency Braking with Pedestrian Detection, Intelligent Cruise Control, Intelligent Blind Spot Intervention and Intelligent Lane Intervention: |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/23254456/Used-2025-Nissan-Sentra-SV-CVT-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | **SV**    INCLUDES S EQUIPMENT PLUS:<br><br>Intelligent Cruise Control,[26] 16" Aluminum-alloy wheels, Nissan Intelligent Key® with Push Button Ignition, Premium cloth seat trim, 7" Advanced Drive-Assist Display,[22] NissanConnect® 8" color touch-screen display,[2] Two USB-A ports and one USB-C port,[5] SiriusXM® with 3-month subscription included,[2] Vehicle Security System<br><br>Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2025/2025-nissan-sentra-brochure-en.pdf , Page 4 and 6 of 9, last accessed on June 21, 2026<br><br>**2025 Nissan Altima**<br>SV FWD<br><br><br><br>**SAFETY**<br>- Side Impact Beams<br>- Rear Parking Sensors<br>- Blind Spot Warning (BSW) Blind Spot<br>- Intelligent Forward Collision Warning w/Automatic Emergency Braking (AEB)<br>- Rear Cross Traffic Alert (RCTA) w/Rear Automatic Braking (RAB) |

6

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/23960666/Used-2025-Nissan-Altima-SV-FWD-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026<br><br><br><br>Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2025/2025-nissan-altima-brochure-en.pdf , Page 4 of 9, last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |

Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/23742652/Used-2024-Nissan-Pathfinder-S-2WD-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026 |

8

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | **S**<br><br>3.5-liter V6 engine with 284 hp and 259 lb-ft of torque, 9-speed automatic transmission, Available Intelligent 4x4,[2] Hill descent control (4WD only), Trailer Sway Control,[19] Intelligent Forward Collision Warning,[20] Automatic Emergency Braking with Pedestrian Detection,[14] Lane Departure Warning,[18] Blind Spot Warning,[17] Rear Cross Traffic Alert,[16] Rear Sonar System,[21] Rear Automatic Braking,[15] High Beam Assist, Intelligent Driver Alertness,[22] 18" Dark-painted aluminum-alloy wheels, Intelligent Auto Headlights, LED headlights with LED Daytime Running Lights, Tri-Zone Automatic Temperature Control, Rear Door Alert,[23]<br><br>Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2024/2024-nissan-pathfinder-brochure-en.pdf , Page 4 and 6 of 9, last accessed on June 05, 2026<br><br>**2024 Nissan Altima**<br>2.5 SV Sedan<br><br> |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | **SAFETY**<br>• Side Impact Beams<br>• Rear Parking Sensors<br>• Blind Spot Warning (BSW) Blind Spot<br>• Intelligent Forward Collision Warning w/ Automatic Emergency Braking (AEB)<br>• Rear Cross Traffic Alert (RCTA) w/Rear<br><br>Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/22598129/Used-2024-Nissan-Altima-25-SV-Sedan-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026<br><br>**Nissan Safety Shield® 360**<br><br>Nissan Intelligent Mobility® is forever changing how you move with technology that makes you feel more connected, confident, and excited.[10]<br><br>As part of Nissan Intelligent Mobility, Safety Shield 360 includes features that can help you see more, sense more, and can give you an assist when you need it. The following features come standard on every 2024 Nissan Altima.[4, 10]<br><br>Automatic Emergency Braking with Pedestrian Detection[14]    Rear Automatic Braking[15]<br><br>Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2024/2024-nissan-altima-brochure-en.pdf , Page 4 of 9, last accessed on June 05, 2026 |

10

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>2022 Nissan Rogue AWD SV<br><br>Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/23769389/Used-2022-Nissan-Rogue-AWD-SV-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026<br><br>**Standard Nissan Safety Shield® 360**<br><br>Imagine feeling confident in almost any situation. With a suite of standard Safety Shield 360 technologies, the Rogue can help look out for you all around. This is peace of mind you can enjoy, mile after mile.[11, 12]<br><br>Automatic Emergency Braking with Pedestrian Detection[13] \| Rear Automatic Braking[14] \| Rear Cross Traffic Alert[15] \| Blind Spot Warning[16] \| Lane Departure Warning[17] |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | **SV** INCLUDES S EQUIPMENT PLUS: <br><br> • ProPILOT Assist[18] <br> • Intelligent Blind Spot Intervention[16] <br> • Intelligent Lane Intervention[17] <br> • 18" Aluminum-alloy wheels <br> • Heated outside mirrors with LED turn signal indicators <br> • Dual Zone Automatic Temperature Control <br> • Nissan Intelligent Key® with Push Button Ignition and four door request switches <br><br> • Remote Engine Start System[24] with Intelligent Climate Control <br> • 8-way power driver's seat, with 2-way power lumbar support <br> • NissanConnect® Services powered by SiriusXM with trial access to 5-year Select and 6-month Premium packages[10] <br> • NissanConnect® with Wi-Fi Hotspot[10] <br> • AM/FM audio system with six speakers <br> • Two USB-A ports and two USB-C ports[4] <br><br> Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2022/2022-nissan-rogue-brochure-en.pdf Page 6 and 8 of 11, last accessed on June 05, 2026 <br><br> 2021 Nissan Rogue AWD SV <br><br> <br><br> Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/23910826/Used-2021-Nissan-Rogue-AWD-SV-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2021/2021-nissan-rogue-brochure-en.pdf Page 6 and 8 of 11, last accessed on June 05, 2026 |

13

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
|  | **SAFETY**<br>• Side Impact Beams<br>• Dual Stage Driver And Passenger Seat-Mounted Side Airbags<br>• Rear Parking Sensors<br>• Blind Spot Warning (BSW) Blind Spot<br>• Automatic Emergency Braking (AEB)<br>• Rear Automatic Braking (RAB)<br><br>Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/23868909/Used-2021-Nissan-Titan-4x4-Crew-Cab-S-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026<br><br>**2021 Nissan TITAN: Overview**<br>2021 Nissan TITAN – chasing adventure with the most standard power, technology and safety features in class |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | **Nissan Safety Shield 360 with class-exclusive standard Rear Automatic Braking**<br><br>The 2021 TITAN is a showcase for Nissan Intelligent Mobility technologies, starting with standard Nissan Safety Shield 360 – a suite of six advanced driver-assist systems. Safety Shield 360 includes Automatic Emergency Braking with Pedestrian Detection, Blind Spot Warning, Rear Cross Traffic Alert, Lane Departure Warning, High Beam Assist and class-exclusive standard Rear Automatic Braking[3].<br><br>Source: https://usa.nissannews.com/en-US/releases/2021-nissan-titan-press-kit , last accessed on June 05, 2026<br><br>2020 Nissan Sentra S CVT<br><br><br>Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/24009755/Used-2023-Nissan-Sentra-S-CVT-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  |

Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2020/2020-nissan-sentra-brochure-en.pdf
Page 4 and 6 of 8, last accessed on June 05, 2026

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>**SAFETY**<br><br>• Side Impact Beams<br>• Automatic Emergency Braking (AEB)<br>• Collision Mitigation-Front<br>• Driver Monitoring-Alert<br><br>Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/23652095/Used-2019-Nissan-Murano-FWD-S-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |

Source: https://es.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2019/2019-nissan-murano-brochure-es.pdf
Page 4  of 8, last accessed on June 05, 2026 |

18

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | ## Automatic Emergency Braking w/ Pedestrian Detection<br><br>Automatic Emergency Braking with Pedestrian Detection can provide audio and visual alerts and even apply the brakes to help avoid or mitigate a collisions. [*]<br><br>## Rear Automatic Braking<br><br>Rear Automatic Braking watches out directly behind you for stationary items you might not see. If it detects something and you fail to stop, it can automatically engage the brakes to help avoid a rear collision or lessen the severity of an impact. [*]<br><br>Source: https://www.nissanusa.com/safety-shield.html , last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | ## Intelligent Cruise Control<br><br>Maintains a preset distance from the vehicle ahead, reducing the driver's workload<br><br>Intelligent Cruise Control (ICC) measures the distance from the vehicle ahead and controls acceleration and deceleration to automatically maintain a suitable following distance. This distance is adjusted according to the speed of the vehicle ahead, up to the preset speed, and the ICC speed settings set by the driver.<br>ICC reduces the driver's workload during long journeys such as expressway driving or in traffic congestion situations.<br><br>The system controls vehicle speed in order to maintain a set distance from the vehicle ahead. Manual accelerator pedal operation is reduced in high speed driving or in traffic congestion, making the journey much easier for the driver.<br><br>## System operation |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
|  | <br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ICC/ , last accessed on June 05, 2026<br><br>## Intelligent Blind Spot Intervention (I-BSI)<br><br>Assist the driver to avoid a collision with lane changing by detecting vehicles in the blind spot |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
|  | When the system detects a vehicle driving in an adjacent lane approaching the rear of the driver's vehicle - a common blind spot area, it notifies the driver with an indicator light. If the driver then begins to change lanes, the system alerts the driver with a chime and continuously flashes the indicator light while applying slight braking force to help return the vehicle to its original lane.<br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/IBSI/, last accessed on February 05, 2026<br><br>## Intelligent Lane Intervention (LI)<br><br>Intelligent LI assists drivers to prevent lane departure<br><br>If there is a risk of leaving the driving lane*, the system alerts the driver with a sound and displays an alert on the dashboard. The system also assists the driver to avoid leaving the driving lane by applying the brakes or assists with steering.<br><br>## How the technology works<br><br><br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ILI/, last accessed on June 05, 2026 |

23

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| [1.2] a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor group as the classifier; and | Defendant provides a plurality of classifiers, wherein each classifier is assigned to a sensor group, and wherein each classifier is configured to evaluate one or more contexts of the mobile device based on signals from one or more sensors assigned to the same sensor group as the classifier.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, 2025 Nissan Sentra SV CVT comprises software modules ("plurality of classifiers") as a part of the operating system executing in 2025 Nissan Sentra SV CVT that control the camera sensor, radar sensor, steering sensor, braking sensor, and speed sensor. Group 1 is assigned software module (say module 1) that controls sensors, including but not limited to, steering sensor, braking sensor and speed sensor and Group 2 is assigned module (say module 2) that controls the camera and radar.<br><br>Further, the software module for each group monitors the environment to capture and process images and control the vehicle. The classifier for Group 2 (that is assigned to the camera and radar) determines the position of the vehicle with respect to the surrounding vehicles ("context") by determining at least a distance from the surrounding vehicles. The classifier for Group 1 (that is assigned to the steering, braking and speed sensors) helps in controlling the vehicle by steering the vehicle, applying brakes, and controlling the speed of the vehicle (that depict the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles) ("context"). The below information primarily refers to Nissan Safety Shield 360 (or Intelligent Cruise Control, Intelligent Blind Spot Intervention and Intelligent Lane Intervention) and is applicable to 2025 Nissan Sentra SV CVT.<br><br>2025 Nissan<br>Sentra<br>SV CVT |

24

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  |

Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/24005097/Used-2025-Nissan-Sentra-SV-CVT-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026

Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2025/2025-nissan-sentra-brochure-en.pdf , Page 4 and 6 of 9, last accessed on June 05, 2026

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Cameras, radar technology and sonar work together to create Safety Shield® 360 a comprehensive system that looks in front, behind and beside the vehicle as it drives. This suite of 6 advanced safety technology features monitor around the vehicle and can step in to help keep you safe. [*] |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | ## Automatic Emergency Braking w/ Pedestrian Detection<br><br>Automatic Emergency Braking with Pedestrian Detection can provide audio and visual alerts and even apply the brakes to help avoid or mitigate a collisions. [*]<br><br>## Rear Automatic Braking<br><br>Rear Automatic Braking watches out directly behind you for stationary items you might not see. If it detects something and you fail to stop, it can automatically engage the brakes to help avoid a rear collision or lessen the severity of an impact. [*]<br><br>Source: https://www.nissanusa.com/safety-shield.html , last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | ## Intelligent Cruise Control<br><br>Maintains a preset distance from the vehicle ahead, reducing the driver's workload<br><br>Intelligent Cruise Control (ICC) measures the distance from the vehicle ahead and controls acceleration and deceleration to automatically maintain a suitable following distance. This distance is adjusted according to the speed of the vehicle ahead, up to the preset speed, and the ICC speed settings set by the driver.<br>ICC reduces the driver's workload during long journeys such as expressway driving or in traffic congestion situations.<br><br>The system controls vehicle speed in order to maintain a set distance from the vehicle ahead. Manual accelerator pedal operation is reduced in high speed driving or in traffic congestion, making the journey much easier for the driver.<br>## System operation |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ICC/ , last accessed on June 05, 2026<br><br># Intelligent Blind Spot Intervention (I-BSI)<br><br>## Assist the driver to avoid a collision with lane changing by detecting vehicles in the blind spot<br><br>When the system detects a vehicle driving in an adjacent lane approaching the rear of the driver's vehicle - a common blind spot area, it notifies the driver with an indicator light. If the driver then begins to change lanes, the system alerts the driver with a chime and continuously flashes the indicator light while applying slight braking force to help return the vehicle to its original lane. |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/IBSI/ , last accessed on June 05, 2026<br><br># Intelligent Lane Intervention (LI)<br><br>## Intelligent LI assists drivers to prevent lane departure<br><br>If there is a risk of leaving the driving lane*, the system alerts the driver with a sound and displays an alert on the dashboard. The system also assists the driver to avoid leaving the driving lane by applying the brakes or assists with steering.<br><br>## How the technology works<br><br><br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ILI/ ,  last accessed on June 05, 2026<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| [1.3]    a context detection module configured to:<br><br>activate    a classification by a classifier assigned to a first sensor group to evaluate a first context of the mobile    device, wherein    the    first sensor group is at a lowest level in the hierarchy; | Defendant provides a context detection module configured to activate a classification by a classifier assigned to a first sensor group to evaluate a first context of the mobile device, wherein the first sensor group is at a lowest level in the hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, 2025 Nissan Sentra SV CVT comprises a context detection module as a combination of hardware (including but not limited to sensors and processors) and software modules that is configured to perform actions, including but not limited to, change of lane, applying brakes, and increasing and decreasing the speed of the vehicle upon detection of objects in the vehicle's path.<br><br>Further, the context detection module activates a classification (such as execution of the software module) by the software module 1 ("classifier") assigned to Group 1 ("first sensor group") (that is assigned to the steering, braking and speed sensors) to enable steering, control speed, and braking of the vehicle (when, for example, the vehicle is started) and hence govern the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles ("evaluate a first context of the mobile device").  It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to Nissan Safety Shield 360 (or Intelligent Cruise Control, Intelligent Blind Spot Intervention and Intelligent Lane Intervention) and is applicable to 2025 Nissan Sentra SV CVT.<br><br>2025 Nissan<br>Sentra<br>SV CVT |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  **Engine:** 2.0L I4 DOHC<br>**Transmission:** CVT<br>**Drive Train:** FWD<br>**Cylinders:** 4<br>**Mileage:** 15,474<br>**Color:** Black<br>**Interior:** Cloth<br>**Interior Color:** Charcoal<br>**Vin:** 3N1AB8CV2SY317388<br><br>Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/24005097/Used-2025-Nissan-Sentra-SV-CVT-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026<br><br>**Standard Nissan Safety Shield® 360**<br><br>As a part of Nissan Intelligent Mobility,® Nissan Safety Shield 360 includes features that can monitor in front of you, behind you, on either side and can step in to help. The following confidence-inspiring features are all standard on every Sentra.[7, 8]<br><br>Automatic Emergency Braking with Pedestrian Detection[9] │ Rear Automatic Braking[10] │ Blind Spot Warning[11] │ Rear Cross Traffic Alert[12] │ Lane Departure Warning[13] │ High Beam Assist<br><br>**SV    INCLUDES S EQUIPMENT PLUS:**<br><br>Intelligent Cruise Control,[26] 16" Aluminum-alloy wheels, Nissan Intelligent Key® with Push Button Ignition, Premium cloth seat trim, 7" Advanced Drive-Assist Display,[22] NissanConnect® 8" color touch-screen display,[2] Two USB-A ports and one USB-C port,[5] SiriusXM® with 3-month subscription included,[2] Vehicle Security System<br><br>Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2025/2025-nissan-sentra-brochure-en.pdf , Page 4 and 6 of 9, last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | **SAFETY**<br>• Side Impact Beams<br>• Rear Parking Sensors<br>• Blind Spot Warning (BSW) Blind Spot<br>• Intelligent Forward Collision Warning w/Automatic Emergency Braking (AEB)<br>• Rear Automatic Braking (RAB)<br><br>Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/24005097/Used-2025-Nissan-Sentra-SV-CVT-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | ## Automatic Emergency Braking w/ Pedestrian Detection<br><br>Automatic Emergency Braking with Pedestrian Detection can provide audio and visual alerts and even apply the brakes to help avoid or mitigate a collisions. [*]<br><br>## Rear Automatic Braking<br><br>Rear Automatic Braking watches out directly behind you for stationary items you might not see. If it detects something and you fail to stop, it can automatically engage the brakes to help avoid a rear collision or lessen the severity of an impact. [*]<br><br>Source: https://www.nissanusa.com/safety-shield.html , last accessed on June 05, 2026 |

35

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
|  | ## Intelligent Cruise Control<br><br>Maintains a preset distance from the vehicle ahead, reducing the driver's workload<br><br>Intelligent Cruise Control (ICC) measures the distance from the vehicle ahead and controls acceleration and deceleration to automatically maintain a suitable following distance. This distance is adjusted according to the speed of the vehicle ahead, up to the preset speed, and the ICC speed settings set by the driver.<br>ICC reduces the driver's workload during long journeys such as expressway driving or in traffic congestion situations.<br><br>The system controls vehicle speed in order to maintain a set distance from the vehicle ahead. Manual accelerator pedal operation is reduced in high speed driving or in traffic congestion, making the journey much easier for the driver.<br><br>### System operation |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ICC/ , last accessed on June 05, 2026<br><br>## Intelligent Blind Spot Intervention (I-BSI)<br><br>Assist the driver to avoid a collision with lane changing by detecting vehicles in the blind spot |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | When the system detects a vehicle driving in an adjacent lane approaching the rear of the driver's vehicle - a common blind spot area, it notifies the driver with an indicator light. If the driver then begins to change lanes, the system alerts the driver with a chime and continuously flashes the indicator light while applying slight braking force to help return the vehicle to its original lane. <br><br> Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/IBSI/ , last accessed on June 05, 2026 <br><br> # Intelligent Lane Intervention (LI) <br><br> ## Intelligent LI assists drivers to prevent lane departure <br><br> If there is a risk of leaving the driving lane*, the system alerts the driver with a sound and displays an alert on the dashboard. The system also assists the driver to avoid leaving the driving lane by applying the brakes or assists with steering. <br><br> ## How the technology works <br><br> <br><br> Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ILI/ , last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.4] activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier assigned to the first sensor group; and | Defendant provides a context detection module configured to activate a classification by a classifier assigned to a second sensor group to evaluate the first context of the mobile device after a result of the classification by the classifier assigned to the first sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the software module 2 ("a classifier assigned to a second sensor group") for Group 2 ("second sensor group") comprising camera and radar is executed ("activate a classification") to take distance measurements of the surrounding objects and determine the position of the vehicle relative to the surrounding objects ("context of the mobile device") after the software module 1 for Group 1 comprising the steering, braking and speed sensor is executed ("after a result of the classification by the classifier assigned to the first sensor group"). It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to Nissan Safety Shield 360 (or Intelligent Cruise Control, Intelligent Blind Spot Intervention and Intelligent Lane Intervention) and is applicable to 2025 Nissan Sentra SV CVT.<br><br>2025 Nissan<br>Sentra<br>SV CVT |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
|  | <br><br>**Engine:** 2.0L I4 DOHC<br>**Transmission:** CVT<br>**Drive Train:** FWD<br>**Cylinders:** 4<br>**Mileage:** 15,474<br>**Color:** Black<br>**Interior:** Cloth<br>**Interior Color:** Charcoal<br>**Vin:** 3N1AB8CV2SY317388<br><br>Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/24005097/Used-2025-Nissan-Sentra-SV-CVT-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026<br><br>Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2025/2025-nissan-sentra-brochure-en.pdf , Page 4 and 6 of 9, last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | **SAFETY**<br>• Side Impact Beams<br>• Rear Parking Sensors<br>• Blind Spot Warning (BSW) Blind Spot<br>• Intelligent Forward Collision Warning w/Automatic Emergency Braking (AEB)<br>• Rear Automatic Braking (RAB)<br><br>Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/24005097/Used-2025-Nissan-Sentra-SV-CVT-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
|  |  Cameras, radar technology and sonar work together to create Safety Shield® 360 a comprehensive system that looks in front, behind and beside the vehicle as it drives. This suite of 6 advanced safety technology features monitor around the vehicle and can step in to help keep you safe. [*] |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | **Automatic Emergency Braking w/ Pedestrian Detection**<br><br>Automatic Emergency Braking with Pedestrian Detection can provide audio and visual alerts and even apply the brakes to help avoid or mitigate a collisions. [*]<br><br><br><br>**Rear Automatic Braking**<br><br>Rear Automatic Braking watches out directly behind you for stationary items you might not see. If it detects something and you fail to stop, it can automatically engage the brakes to help avoid a rear collision or lessen the severity of an impact. [*]<br><br>Source: https://www.nissanusa.com/safety-shield.html , last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | ## Intelligent Cruise Control<br><br>Maintains a preset distance from the vehicle ahead, reducing the driver's workload<br><br>Intelligent Cruise Control (ICC) measures the distance from the vehicle ahead and controls acceleration and deceleration to automatically maintain a suitable following distance. This distance is adjusted according to the speed of the vehicle ahead, up to the preset speed, and the ICC speed settings set by the driver.<br>ICC reduces the driver's workload during long journeys such as expressway driving or in traffic congestion situations.<br><br>The system controls vehicle speed in order to maintain a set distance from the vehicle ahead. Manual accelerator pedal operation is reduced in high speed driving or in traffic congestion, making the journey much easier for the driver.<br><br>## System operation |

44

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ICC/ , last accessed on June 05, 2026<br><br>## Intelligent Blind Spot Intervention (I-BSI)<br><br>Assist the driver to avoid a collision with lane changing by detecting vehicles in the blind spot |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | When the system detects a vehicle driving in an adjacent lane approaching the rear of the driver's vehicle - a common blind spot area, it notifies the driver with an indicator light. If the driver then begins to change lanes, the system alerts the driver with a chime and continuously flashes the indicator light while applying slight braking force to help return the vehicle to its original lane.<br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/IBSI/ , last accessed on June 05, 2026<br><br>## Intelligent Lane Intervention (LI)<br><br>Intelligent LI assists drivers to prevent lane departure<br><br>If there is a risk of leaving the driving lane*, the system alerts the driver with a sound and displays an alert on the dashboard. The system also assists the driver to avoid leaving the driving lane by applying the brakes or assists with steering.<br><br>How the technology works<br><br><br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ILI/ , last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.5] adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group. | Defendant provides a context detection module configured to adapt a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the configuration (including but not limited to the software variables used in the software module) of the software module 1 ("classifier assigned to first sensor group") assigned to steering, braking and speed sensors is adapted/modified based on the software module 2 ("classifier assigned to the second sensor group") assigned to the camera and radar. The camera processes the image and the radar detects and calculates the distance of the objects surrounding the moving vehicle. The information collected from camera and radar teaches the steering sensor, braking sensor, speed sensor and the classifier assigned to first sensor group to control the motion of the moving car.<br><br>For example, as a part of Nissan Safety Shield 360, upon detection of any hazard or car nearby, the camera and radar teach the steering sensor and the corresponding classifier to automatically change lane and/or adjust the vehicle's position within the lane. The camera and radar, as a part of intelligent cruise control feature, teach the speed sensor, the brake sensor and the corresponding classifier to increase and/or decrease the vehicle speed to maintain the necessary distance from the vehicle in front of 2025 Nissan Sentra SV CVT. The below information primarily refers to Nissan Safety Shield 360 (or Intelligent Cruise Control, Intelligent Blind Spot Intervention and Intelligent Lane Intervention) and is applicable to 2025 Nissan Sentra SV CVT.<br><br>2025 Nissan<br>Sentra<br>SV CVT |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/24005097/Used-2025-Nissan-Sentra-SV-CVT-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026<br><br>Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2025/2025-nissan-sentra-brochure-en.pdf , Page 4 and 6 of 9, last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | **SAFETY**<br><br>- Side Impact Beams<br>- Rear Parking Sensors<br>- Blind Spot Warning (BSW) Blind Spot<br>- Intelligent Forward Collision Warning w/Automatic Emergency Braking (AEB)<br>- Rear Automatic Braking (RAB)<br><br>Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/24005097/Used-2025-Nissan-Sentra-SV-CVT-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  Cameras, radar technology and sonar work together to create Safety Shield® 360 a comprehensive system that looks in front, behind and beside the vehicle as it drives. This suite of 6 advanced safety technology features monitor around the vehicle and can step in to help keep you safe. [*] |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |

## Automatic Emergency Braking w/ Pedestrian Detection

Automatic Emergency Braking with Pedestrian Detection can provide audio and visual alerts and even apply the brakes to help avoid or mitigate a collisions. [*]

## Rear Automatic Braking

Rear Automatic Braking watches out directly behind you for stationary items you might not see. If it detects something and you fail to stop, it can automatically engage the brakes to help avoid a rear collision or lessen the severity of an impact. [*]

Source: https://www.nissanusa.com/safety-shield.html , last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
|  | ## Intelligent Cruise Control<br><br>Maintains a preset distance from the vehicle ahead, reducing the driver's workload<br><br>Intelligent Cruise Control (ICC) measures the distance from the vehicle ahead and controls acceleration and deceleration to automatically maintain a suitable following distance. This distance is adjusted according to the speed of the vehicle ahead, up to the preset speed, and the ICC speed settings set by the driver.<br>ICC reduces the driver's workload during long journeys such as expressway driving or in traffic congestion situations.<br><br>The system controls vehicle speed in order to maintain a set distance from the vehicle ahead. Manual accelerator pedal operation is reduced in high speed driving or in traffic congestion, making the journey much easier for the driver.<br><br>## System operation |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ICC/ , last accessed on June 05, 2026 <br><br> ## Intelligent Blind Spot Intervention (I-BSI) <br><br> Assist the driver to avoid a collision with lane changing by detecting vehicles in the blind spot |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | When the system detects a vehicle driving in an adjacent lane approaching the rear of the driver's vehicle - a common blind spot area, it notifies the driver with an indicator light. If the driver then begins to change lanes, the system alerts the driver with a chime and continuously flashes the indicator light while applying slight braking force to help return the vehicle to its original lane.<br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/IBSI/ , last accessed on June 05, 2026<br><br># Intelligent Lane Intervention (LI)<br><br>## Intelligent LI assists drivers to prevent lane departure<br><br>If there is a risk of leaving the driving lane*, the system alerts the driver with a sound and displays an alert on the dashboard. The system also assists the driver to avoid leaving the driving lane by applying the brakes or assists with steering.<br><br>## How the technology works<br><br><br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ILI/ , last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [23.1] A method for detecting a context of a mobile device equipped with a plurality of sensors, comprising: | Defendant performs and induces others to perform a method for detecting a context of a mobile device equipped with a plurality of sensors.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides 2025 Nissan Sentra SV CVT ("mobile device"). 2025 Nissan Sentra SV CVT comprises sensors including but not limited to camera, radar sensor, steering sensor, braking sensor, and speed sensor ("plurality of sensors").<br><br>For example, 2025 Nissan Sentra SV CVT comprises software modules as a part of the operating system executing in 2025 Nissan Sentra SV CVT that control the camera sensor, radar sensor, steering sensor, braking sensor, and speed sensor. The software module monitors the environment to capture and process images and control the vehicle. The camera and radar determine the position of the vehicle with respect to the surrounding vehicles ("detecting a context") by determining at least a distance from the surrounding vehicles. The steering, braking and speed sensors help in controlling the vehicle by steering the vehicle, applying brakes, and controlling the speed of the vehicle (that depict the position of the vehicle relative to the surrounding environment such as the road and the surrounding vehicles) ("detecting a context"). The below information primarily refers to Nissan Safety Shield 360 (or Intelligent Cruise Control, Intelligent Blind Spot Intervention and Intelligent Lane Intervention) and is applicable to 2025 Nissan Sentra SV CVT.<br><br>2025 Nissan<br>Sentra<br>SV CVT |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  |

Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/24005097/Used-2025-Nissan-Sentra-SV-CVT-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026

Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2025/2025-nissan-sentra-brochure-en.pdf , Page 4 and 6 of 9, last accessed on June 05, 2026

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | SAFETY<br>• Side Impact Beams<br>• Rear Parking Sensors<br>• Blind Spot Warning (BSW) Blind Spot<br>• Intelligent Forward Collision Warning w/Automatic Emergency Braking (AEB)<br>• Rear Automatic Braking (RAB)<br><br>Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/24005097/Used-2025-Nissan-Sentra-SV-CVT-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | ## Automatic Emergency Braking w/ Pedestrian Detection<br><br>Automatic Emergency Braking with Pedestrian Detection can provide audio and visual alerts and even apply the brakes to help avoid or mitigate a collisions. [*]<br><br>## Rear Automatic Braking<br><br>Rear Automatic Braking watches out directly behind you for stationary items you might not see. If it detects something and you fail to stop, it can automatically engage the brakes to help avoid a rear collision or lessen the severity of an impact. [*]<br><br>Source: https://www.nissanusa.com/safety-shield.html , last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | ## Intelligent Cruise Control<br><br>Maintains a preset distance from the vehicle ahead, reducing the driver's workload<br><br>Intelligent Cruise Control (ICC) measures the distance from the vehicle ahead and controls acceleration and deceleration to automatically maintain a suitable following distance. This distance is adjusted according to the speed of the vehicle ahead, up to the preset speed, and the ICC speed settings set by the driver.<br>ICC reduces the driver's workload during long journeys such as expressway driving or in traffic congestion situations.<br><br>The system controls vehicle speed in order to maintain a set distance from the vehicle ahead. Manual accelerator pedal operation is reduced in high speed driving or in traffic congestion, making the journey much easier for the driver.<br><br>## System operation |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ICC/ , last accessed on June 05, 2026 <br><br> # Intelligent Blind Spot Intervention (I-BSI) <br><br> Assist the driver to avoid a collision with lane changing by detecting vehicles in the blind spot |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | When the system detects a vehicle driving in an adjacent lane approaching the rear of the driver's vehicle - a common blind spot area, it notifies the driver with an indicator light. If the driver then begins to change lanes, the system alerts the driver with a chime and continuously flashes the indicator light while applying slight braking force to help return the vehicle to its original lane. <br><br> Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/IBSI/ , last accessed on June 05, 2026 <br><br> **Intelligent Lane Intervention (LI)** <br><br> Intelligent LI assists drivers to prevent lane departure <br><br> If there is a risk of leaving the driving lane*, the system alerts the driver with a sound and displays an alert on the dashboard. The system also assists the driver to avoid leaving the driving lane by applying the brakes or assists with steering. <br><br> How the technology works <br><br> <br><br> Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ILI/ , last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
|  | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [23.2] assigning the plurality of sensors to a plurality of sensor groups, wherein each sensor group is assigned at least one sensor; | Defendant performs and induces others to perform a step of assigning the plurality of sensors to a plurality of sensor groups, wherein each sensor group is assigned at least one sensor.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides 2025 Nissan Sentra SV CVT ("mobile device"). 2025 Nissan Sentra SV CVT comprises sensors including but not limited to camera, radar sensor, steering sensor, braking sensor, and speed sensor ("plurality of sensors") such that each sensor forms a part of separate sensor group for different functioning ("plurality of sensor groups"). As an example, the steering sensor, braking sensor and speed sensor are assigned to Group 1. The camera and radar are assigned to Group 2 ("plurality of sensor groups"). The below information primarily refers to Nissan Safety Shield 360 (or Intelligent Cruise Control, Intelligent Blind Spot Intervention and Intelligent Lane Intervention) and is applicable to 2025 Nissan Sentra SV CVT.<br><br>2025 Nissan Sentra SV CVT<br><br>Engine: 2.0L I4 DOHC<br>Transmission: CVT<br>Drive Train: FWD<br>Cylinders: 4<br>Mileage: 15,474<br>Color: Black<br>Interior: Cloth<br>Interior Color: Charcoal<br>Vin: 3N1AB8CV2SY317388 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/24005097/Used-2025-Nissan-Sentra-SV-CVT-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026<br><br><br><br>Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2025/2025-nissan-sentra-brochure-en.pdf , Page 4 and 6 of 9, last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  **SAFETY**<br><br>- Side Impact Beams<br>- Rear Parking Sensors<br>- Blind Spot Warning (BSW) Blind Spot<br>- Intelligent Forward Collision Warning w/Automatic Emergency Braking (AEB)<br>- Rear Automatic Braking (RAB)<br><br>Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/24005097/Used-2025-Nissan-Sentra-SV-CVT-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
|  | Cameras, radar technology and sonar work together to create Safety Shield® 360 a comprehensive system that looks in front, behind and beside the vehicle as it drives. This suite of 6 advanced safety technology features monitor around the vehicle and can step in to help keep you safe. [*]<br><br>Automatic Emergency Braking w/ Pedestrian Detection<br><br>Automatic Emergency Braking with Pedestrian Detection can provide audio and visual alerts and even apply the brakes to help avoid or mitigate a collisions. [*] |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.nissanusa.com/safety-shield.html , last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  |

Intelligent Cruise Control (ICC) measures the distance from the vehicle ahead and controls acceleration and deceleration to automatically maintain a suitable following distance. This distance is adjusted according to the speed of the vehicle ahead, up to the preset speed, and the ICC speed settings set by the driver.

ICC reduces the driver's workload during long journeys such as expressway driving or in traffic congestion situations.

The system controls vehicle speed in order to maintain a set distance from the vehicle ahead. Manual accelerator pedal operation is reduced in high speed driving or in traffic congestion, making the journey much easier for the driver.

## System operation

Vehicle maintains the selected following speed and distance.

Vehicle decelerates when the preceding vehicle decelerates. The following distance is adjusted and maintained based on the speed of the preceding vehicle.

Vehicle will accelerate (up to the preset speed) when the preceding vehicle accelerates. The following distance is then adjusted and maintained based on the speed of the preceding vehicle.

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ICC/ , last accessed on June 05, 2026<br><br>**Intelligent Blind Spot Intervention (I-BSI)**<br><br>Assist the driver to avoid a collision with lane changing by detecting vehicles in the blind spot<br><br>When the system detects a vehicle driving in an adjacent lane approaching the rear of the driver's vehicle - a common blind spot area, it notifies the driver with an indicator light. If the driver then begins to change lanes, the system alerts the driver with a chime and continuously flashes the indicator light while applying slight braking force to help return the vehicle to its original lane.<br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/IBSI/ , last accessed on June 05, 2026<br><br>**Intelligent Lane Intervention (LI)**<br><br>Intelligent LI assists drivers to prevent lane departure<br><br>If there is a risk of leaving the driving lane*, the system alerts the driver with a sound and displays an alert on the dashboard. The system also assists the driver to avoid leaving the driving lane by applying the brakes or assists with steering.<br><br>How the technology works |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ILI/ , last accessed on June 05, 2026<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [23.3] arranging the sensor groups according to a hierarchy; | Defendant performs and induces others to perform a step of arranging the sensor groups according to a hierarchy.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br>For example, Defendant provides 2025 Nissan Sentra SV CVT ("mobile device"). 2025 Nissan Sentra SV CVT comprises sensors including but not limited to camera, radar sensor, steering sensor, braking sensor, and speed sensor ("plurality of sensors") such that each sensor forms a part of separate sensor group for different functioning ("plurality of sensor groups"). As an example, the steering sensor, braking sensor and speed sensor are assigned to Group 1. The camera and radar are assigned to Group 2. 2025 Nissan Sentra SV CVT provides Nissan Safety Shield 360 that comprises features including but not limited (Rear or front) Automatic emergency braking, Automatic Emergency Braking with Pedestrian Detection, Intelligent Cruise Control, Intelligent Blind Spot Intervention and Intelligent Lane Intervention. The below information primarily refers to Nissan Safety Shield 360 (or Intelligent Cruise Control, Intelligent Blind Spot Intervention and Intelligent Lane Intervention) and is applicable to 2025 Nissan Sentra SV CVT.<br><br>For example, 2025 Nissan Sentra SV CVT performs the following steps to control movement of the vehicle. |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | 1. The steering sensor, braking sensor and speed sensor are activated first to measure and control at least the moving vehicle's speed, braking and steering.<br>2. Once the vehicle is moving, the camera and radar are activated to monitor the objects (including but not limited to vehicles, roads, trees) surrounding 2025 Nissan Sentra SV CVT.<br>3. If 2025 Nissan Sentra SV CVT detects, using the camera and radar, that there are objects/vehicles near the 2025 Nissan Sentra SV CVT, the speed sensor increases and/or decreases the speed of the vehicle to avoid collisions.<br>4. Further, the steering sensor steers the vehicle left and/or right to avoid any surrounding objects and to automatically change lanes and/or to keep the vehicle within the lane.<br><br>Therefore, Groups 1 and 2 are arranged according to a hierarchy since Group 1 comprising the steering sensor, braking sensor and speed sensor is activated first and Group 2 comprising the camera and radar is activated second.<br><br>2025 Nissan Sentra SV CVT<br><br><br><br>**Engine:** 2.0L I4 DOHC<br>**Transmission:** CVT<br>**Drive Train:** FWD<br>**Cylinders:** 4<br>**Mileage:** 15,474<br>**Color:** Black<br>**Interior:** Cloth<br>**Interior Color:** Charcoal<br>**Vin:** 3N1AB8CV2SY317388<br><br>Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/24005097/Used-2025-Nissan-Sentra-SV-CVT-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2025/2025-nissan-sentra-brochure-en.pdf , Page 4 and 6 of 9, last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/24005097/Used-2025-Nissan-Sentra-SV-CVT-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026  |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|-----------|-----------------------------------------------|
|           | ## Automatic Emergency Braking w/ Pedestrian Detection<br><br>Automatic Emergency Braking with Pedestrian Detection can provide audio and visual alerts and even apply the brakes to help avoid or mitigate a collisions. [*]<br><br>## Rear Automatic Braking<br><br>Rear Automatic Braking watches out directly behind you for stationary items you might not see. If it detects something and you fail to stop, it can automatically engage the brakes to help avoid a rear collision or lessen the severity of an impact. [*]<br><br>Source: https://www.nissanusa.com/safety-shield.html , last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | # Intelligent Cruise Control<br><br>Maintains a preset distance from the vehicle ahead, reducing the driver's workload<br><br>Intelligent Cruise Control (ICC) measures the distance from the vehicle ahead and controls acceleration and deceleration to automatically maintain a suitable following distance. This distance is adjusted according to the speed of the vehicle ahead, up to the preset speed, and the ICC speed settings set by the driver.<br>ICC reduces the driver's workload during long journeys such as expressway driving or in traffic congestion situations.<br><br>The system controls vehicle speed in order to maintain a set distance from the vehicle ahead. Manual accelerator pedal operation is reduced in high speed driving or in traffic congestion, making the journey much easier for the driver.<br><br>## System operation |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ICC/ , last accessed on June 05, 2026<br><br>## Intelligent Blind Spot Intervention (I-BSI)<br><br>Assist the driver to avoid a collision with lane changing by detecting vehicles in the blind spot |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
|  | When the system detects a vehicle driving in an adjacent lane approaching the rear of the driver's vehicle - a common blind spot area, it notifies the driver with an indicator light. If the driver then begins to change lanes, the system alerts the driver with a chime and continuously flashes the indicator light while applying slight braking force to help return the vehicle to its original lane.<br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/IBSI/ , last accessed on June 05, 2026<br><br># Intelligent Lane Intervention (LI)<br><br>## Intelligent LI assists drivers to prevent lane departure<br><br>If there is a risk of leaving the driving lane\*, the system alerts the driver with a sound and displays an alert on the dashboard. The system also assists the driver to avoid leaving the driving lane by applying the brakes or assists with steering.<br><br>## How the technology works<br><br><br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ILI/ , last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [23.4] activating a classification by a classifier assigned to a second sensor group after a result of a classification by a classifier assigned to a first sensor group, wherein the second sensor group is at a higher level in the hierarchy than the first sensor group; | Defendant performs and induces others to perform a step of activating a classification by a classifier assigned to a second sensor group after a result of a classification by a classifier assigned to a first sensor group, wherein the second sensor group is at a higher level in the hierarchy than the first sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the software module 2 ("a classifier assigned to a second sensor group") for Group 2 ("second sensor group") comprising camera and radar is executed ("activate a classification") to take distance measurements of the surrounding objects and determine the position of the vehicle relative to the surrounding objects ("context of the mobile device") after the software module 1 for Group 1 comprising the steering, braking and speed sensor is executed ("after a result of the classification by the classifier assigned to the first sensor group"). It is apparent for a person skilled in the art that in order to detect the objects surrounding a moving vehicle, the steering, braking and speed sensors will be activated first so that the vehicle is in a moving state and to allow monitoring of vehicle's speed, braking and steering. Next, the camera and radar are activated such that the movement of the vehicle is controlled based on the information (regarding any surrounding objects) received from the camera and radar. The below information primarily refers to Nissan Safety Shield 360 (or Intelligent Cruise Control, Intelligent Blind Spot Intervention and Intelligent Lane Intervention) and is applicable to 2025 Nissan Sentra SV CVT.<br><br>2025 Nissan<br>Sentra<br>SV CVT |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
|  | <br><br>**Engine:** 2.0L I4 DOHC<br>**Transmission:** CVT<br>**Drive Train:** FWD<br>**Cylinders:** 4<br>**Mileage:** 15,474<br>**Color:** Black<br>**Interior:** Cloth<br>**Interior Color:** Charcoal<br>**Vin:** 3N1AB8CV2SY317388<br><br>Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/24005097/Used-2025-Nissan-Sentra-SV-CVT-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026<br><br>Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2025/2025-nissan-sentra-brochure-en.pdf , Page 4 and 6 of 9, last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/24005097/Used-2025-Nissan-Sentra-SV-CVT-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
|  | ## Automatic Emergency Braking w/ Pedestrian Detection <br><br> Automatic Emergency Braking with Pedestrian Detection can provide audio and visual alerts and even apply the brakes to help avoid or mitigate a collisions. [*] <br><br> ## Rear Automatic Braking <br><br> Rear Automatic Braking watches out directly behind you for stationary items you might not see. If it detects something and you fail to stop, it can automatically engage the brakes to help avoid a rear collision or lessen the severity of an impact. [*] <br><br> Source: https://www.nissanusa.com/safety-shield.html , last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | ## Intelligent Cruise Control<br><br>Maintains a preset distance from the vehicle ahead, reducing the driver's workload<br><br>Intelligent Cruise Control (ICC) measures the distance from the vehicle ahead and controls acceleration and deceleration to automatically maintain a suitable following distance. This distance is adjusted according to the speed of the vehicle ahead, up to the preset speed, and the ICC speed settings set by the driver.<br>ICC reduces the driver's workload during long journeys such as expressway driving or in traffic congestion situations.<br><br>The system controls vehicle speed in order to maintain a set distance from the vehicle ahead. Manual accelerator pedal operation is reduced in high speed driving or in traffic congestion, making the journey much easier for the driver.<br><br>## System operation |

83

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ICC/ , last accessed on June 05, 2026<br><br># Intelligent Blind Spot Intervention (I-BSI)<br><br>Assist the driver to avoid a collision with lane changing by detecting vehicles in the blind spot |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | When the system detects a vehicle driving in an adjacent lane approaching the rear of the driver's vehicle - a common blind spot area, it notifies the driver with an indicator light. If the driver then begins to change lanes, the system alerts the driver with a chime and continuously flashes the indicator light while applying slight braking force to help return the vehicle to its original lane.<br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/IBSI/ , last accessed on June 05, 2026<br><br>## Intelligent Lane Intervention (LI)<br><br>Intelligent LI assists drivers to prevent lane departure<br><br>If there is a risk of leaving the driving lane*, the system alerts the driver with a sound and displays an alert on the dashboard. The system also assists the driver to avoid leaving the driving lane by applying the brakes or assists with steering.<br><br>## How the technology works<br><br><br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ILI/ , last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
|  | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [23.5] and adapting a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group. | Defendant performs and induces others to perform a step of adapting a configuration of the classifier assigned to the first sensor group based, at least in part, on a result of the classification by the classifier assigned to the second sensor group.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the configuration (including but not limited to the software variables used in the software module) of the software module 1 ("classifier assigned to first sensor group") assigned to steering, braking and speed sensors is adapted/modified based on the software module 2 ("classifier assigned to the second sensor group") assigned to the camera and radar. The camera processes the image and the radar detects and calculates the distance of the objects surrounding the moving vehicle. The information collected from camera and radar teaches the steering sensor, braking sensor, speed sensor and the classifier assigned to first sensor group to control the motion of the moving car.<br><br>For example, as a part of Nissan Safety Shield 360, upon detection of any hazard or car nearby, the camera and radar teach the steering sensor and the corresponding classifier to automatically change lane and/or adjust the vehicle's position within the lane. The camera and radar, as a part of intelligent cruise control feature, teach the speed sensor, the brake sensor and the corresponding classifier to increase and/or decrease the vehicle speed to maintain the necessary distance from the vehicle in front of 2025 Nissan Sentra SV CVT. The below information primarily refers to Nissan Safety Shield 360 (or Intelligent Cruise Control, Intelligent Blind Spot Intervention and Intelligent Lane Intervention) and is applicable to 2025 Nissan Sentra SV CVT.<br><br>2025 Nissan<br>Sentra<br>SV CVT |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/24005097/Used-2025-Nissan-Sentra-SV-CVT-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026 Source: https://www.nissanusa.com/content/dam/Nissan/us/vehicle-brochures/2025/2025-nissan-sentra-brochure-en.pdf , Page 4 and 6 of 9, last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | **SAFETY**<br><br>• Side Impact Beams<br>• Rear Parking Sensors<br>• Blind Spot Warning (BSW) Blind Spot<br>• Intelligent Forward Collision Warning w/Automatic Emergency Braking (AEB)<br>• Rear Automatic Braking (RAB)<br><br>Source: https://b37e6199-7a27-4f92-a836-c2154b945833.dcs-mvc.com/vdp/24005097/Used-2025-Nissan-Sentra-SV-CVT-for-sale-in-Lake-Wales-FL-33853 , last accessed on June 22, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| |  |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | <br><br>## Automatic Emergency Braking w/ Pedestrian Detection<br><br>Automatic Emergency Braking with Pedestrian Detection can provide audio and visual alerts and even apply the brakes to help avoid or mitigate a collisions. [*]<br><br>## Rear Automatic Braking<br><br>Rear Automatic Braking watches out directly behind you for stationary items you might not see. If it detects something and you fail to stop, it can automatically engage the brakes to help avoid a rear collision or lessen the severity of an impact. [*]<br><br>Source: https://www.nissanusa.com/safety-shield.html , last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | ## Intelligent Cruise Control<br><br>Maintains a preset distance from the vehicle ahead, reducing the driver's workload<br><br>Intelligent Cruise Control (ICC) measures the distance from the vehicle ahead and controls acceleration and deceleration to automatically maintain a suitable following distance. This distance is adjusted according to the speed of the vehicle ahead, up to the preset speed, and the ICC speed settings set by the driver.<br>ICC reduces the driver's workload during long journeys such as expressway driving or in traffic congestion situations.<br><br>The system controls vehicle speed in order to maintain a set distance from the vehicle ahead. Manual accelerator pedal operation is reduced in high speed driving or in traffic congestion, making the journey much easier for the driver.<br><br>## System operation |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
|  | <br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ICC/ , last accessed on June 05, 2026<br><br>## Intelligent Blind Spot Intervention (I-BSI)<br><br>Assist the driver to avoid a collision with lane changing by detecting vehicles in the blind spot |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | When the system detects a vehicle driving in an adjacent lane approaching the rear of the driver's vehicle - a common blind spot area, it notifies the driver with an indicator light. If the driver then begins to change lanes, the system alerts the driver with a chime and continuously flashes the indicator light while applying slight braking force to help return the vehicle to its original lane.<br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/IBSI/ , last accessed on June 05, 2026<br><br>## Intelligent Lane Intervention (LI)<br><br>## Intelligent LI assists drivers to prevent lane departure<br><br>If there is a risk of leaving the driving lane\*, the system alerts the driver with a sound and displays an alert on the dashboard. The system also assists the driver to avoid leaving the driving lane by applying the brakes or assists with steering.<br><br>## How the technology works<br><br><br><br>Source: https://www.nissan-global.com/EN/INNOVATION/TECHNOLOGY/ARCHIVE/ILI/ , last accessed on June 05, 2026 |

| US9807564 | Nissan Vehicles (The accused instrumentality) |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |